In the UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2026 NOV 12 P 12:05
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

| | | |
|---|---|---|
| PHILLIP WALZ, Individual<br>Plaintiff<br><br>V<br><br>META PLATFORMS, INC.,<br>A Delaware corporation,<br>and<br><br>MARK ZUCKERBERG, Individual<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | case no. 26-cv-1113-jdp |

## CIVIL ACTION

COMES NOW, Phillip J. Walz, herein "Walz", with this civil action against the above-named defendants for Liability and Breach of Contract (privacy, safety, and freedom of expression) in violation of 28 USC § 1332; Cyber Exploitation, Nonconsensual Pornography, Child Sexual Abuse Material, and Sharing of Intimate Images in violation of 15 USC § 6851 and 18 USC § 2252. The defendants are also in violation of 18 USC §§

1465, 66/66a; and finally, Hacking, Stalking, and (cyber) Threats in violation of 18 USC § 1030 and 18 USC § 2261A.

## HISTORY

Plaintiff Walz has been a member of the social media platform, Facebook, now Meta Platforms, from approximately 2012. Defendant Zuckerberg, founder and chief executive officer of Meta, sets the overall strategy for the company's AI efforts. He has expressed his goal to develop a "superintelligence".

On or about April 10, 2024, Plaintiff Walz re-shared a photo his eldest sibling shared to her own Facebook page, the photo displays the plaintiff at an approximate age of nine, shirtless, wearing long underwear/thermals. The photo displays the plaintiff from just beneath the waistline/up.

On July 4, 2025, fifteen months later, 'Meta AI' of Meta Platforms, shared two photos to the plaintiff's Facebook page. One such photo displays the plaintiff, age nine.

The other photo displays a cartoon character image of a young girl wearing a costume. The page was titled 'Make It Arcade'.

On October 1st, 2025, the plaintiff sent out by certified mail a 'Formal Complaint' to Defendant Zuckerberg, the package was picked up at the post office in Menlo Park, CA on October 8th. Plaintiff Walz had offered the defendants an opportunity to settle in the amount of ten million dollars ($10,000,000) or face a request for punitive damages in the amount of twenty million dollars ($20,000,000). The following 'Formal Complaint' remains vital to the circumstances at hand, although for reasons stated herein, Plaintiff Walz amends his complaint for damages.

[Mr. Zuckerberg,

I am in complaint of your AI department for a lewd and malicious suggestion made over a photo of mine, I couldn't have been more than nine years old in this photo. I joined Facebook sometime in 2012, like most anyone, for the sake of family and friends. Some of my interests include health and fitness, self-defense, Spirituality, encouraging Spirituality in others, and justice. I believe in justice, I keep a moral code for what I believe is right, I myself am a little old for an attempt at demoralization.

To create a project such as Facebook takes a higher intelligence, so why cultivate such a demoralizing of our youth? With a demoralization I understand the difficulties of maturing against a negative influence like Facebook. I may not be a child but the little boy in that photo is, suggestions like the intended comment could only come from a corrupt mind. I see lewd and malicious behavior becoming of child pornography, my privacy has been violated not only by targeting me but this photo was hand-picked to start a fight.

When a person sends or distributes non-consensual intimate images of a child, they are committing a felony crime related to child sexual exploitation. Under both federal and state law, this is categorized as producing, possessing, or distributing child sexual abuse material (CSAM), formerly known as child pornography.

- Child Sexual Abuse Material (CSAM):

  The legal system considers any sexually explicit image or video of a person under the age of 18 as CSAM. The act of distributing these images, whether or not they were made with initial consent, is a serious crime.

- Criminal Distribution and Receipt:

Federal laws (e.g., 18 USC § 2252) specifically prohibit the knowing receipt, distribution, and reproduction of CSAM. The use of the internet for this purpose almost always involves federal jurisdiction.

Distribution without my explicit consent is illegal and a form of image-based abuse. This act violates privacy and can lead to criminal charges, civil lawsuits or damages, and various forms of punishment depending on jurisdiction and circumstances. It does not matter if I was hurt or thought it was a joke, it is never acceptable.

Some might argue Meta AI not be held responsible for automated suggestion yet the software was written of flesh and blood, which brings to mind obscenity laws which regulate expression that falls outside 1st Amendment protection by using the three-part Miller test, which requires the material to appeal to prurient interest, depict offensive sexual conduct, and lack serious artistic, literary, political, or scientific value. In the United States, federal law and state laws prohibit the distribution, sale, transportation, and mailing of obscene material, with violations punishable by fines and imprisonment.

On April 10, 2024 I shared a photo my sister put on her page. The photo is of myself, approximate age of nine, standing in front of a TV in long underwear(thermals), I titled it 'My cowlick'.

Fast-forward fifteen months later on July 4, 2025, after Meta AI made a suggestion for my page to the appearance of a little girl wearing a costume. My photo, titled 'Original, the recreation titled 'Arcade' suggested 'Make It Arcade'. I titled my post "Here's what Facebook thinks of my picture, "make it arcade", cross-dressing perverts!"

(At the time) the only other suggestion I had gotten through Meta AI reflected a recent, adult, photo. I take great offense at the display of ignorance in assuming that I might be tempted to turn my childhood photos into a sex-changed female. The following, crude photos and video, displayed all over Facebook depicting nudity prove nothing less than a necessity for 'parental guidance'!]

......The remainder of his 'Formal Complaint' suggests only what the plaintiff would do with such a settlement-

A daily mockery of pornographic images and videos immediately followed this violation to include a mockery of the plaintiff's religious freedom of expression. When

he brought those acts to the attention of friends and relatives via Facebook postings the defendants then began hacking Walz's phone. This hacking of his phone meant stalking the plaintiff with threats, on numerous occasions. The defendants sent the plaintiff photos from his phone memory bank, as a sign of intimidation, photos not previously shared to Facebook.

## COUNT I
## IMAGE-BASED SEXUAL ABUSE

Image-based sexual abuse is a criminal offense. It happens when someone takes, shares, or threatens to share sexually explicit images or videos of a person without their knowledge or consent, and with the aim of causing that person distress or harm. This can include digitally altered images, also known as 'deepfakes'.

Justice Department officials say they're aggressively going after offenders who exploit AI tools while states are racing to ensure people generating 'deepfakes' and other harmful imagery of kids can be prosecuted under their laws.

In cases involving 'deepfakes', when a real child's photo has been digitally altered to make them sexually explicit, the Justice Department brings charges under the federal 'child pornography law'.

United States federal law defines child pornography as any visual depiction of sexually explicit conduct involving any person less than 18 years of age. Outside of the legal system the National Center for Missing & Exploited Children (NCMEC) choose to refer to these images as Child Sexual Abuse Material (CSAM) to most accurately reflect what is depicted – the sexual abuse and exploitation of children.

Federal law prohibits the production, advertisement, transportation, distribution, receipt, sale, access with intent to view, and possession of child sexual abuse material.

The 'Violence Against Women Reauthorization Act' of 2022 (which protects men as well), allows the plaintiff to bring a civil action in federal court against the defendants for sharing intimate images, explicit pictures, recorded videos, or other depictions without consent. Under 15 USC § 6851, even if the plaintiff agreed to have his image taken, it does not mean he agreed to have his image shared with others.

Walz's first impression was in the defendants mocking him for his religious preferences as will be shown by evidence as to his character. The plaintiff was unaware at the time the high percentage of child victims to sex trafficking or domestic servitude, research eventually had led the plaintiff down that path.

A court in New Mexico ordered Meta to pay $375 million in March 2026 after a jury found the company liable for misleading users regarding child safety and exposing minors to sexually explicit material and predators on platforms like Facebook and Instagram. Walz will state and sure to repeat this complaint isn't about awarding a plaintiff, it is about punishing the defendants. The plaintiff isn't a child but the little boy in that photo certainly is.

## COUNT II
## OBSCENE, INDECENT and PROFANE BROADCASTS

Federal law prohibits the possession with intent to sell or distribute obscenity, to send, ship, or receive obscenity, to import obscenity, and to transport obscenity across state borders for purposes of distribution. Convicted offenders face fines and imprisonment. It is also illegal to aid or abet in the commission of these crimes, and individuals who commit such acts are also punishable under federal obscenity laws.

In addition, federal law prohibits both the production of obscene-matter with intent to sell or distribute, and engaging in a business of selling or transferring obscene

matter using or affecting means or facility of interstate or foreign commerce, including the use of interactive computer services under 18 USC § 1465; 18 USC § 1466 for example, it is illegal to sell or distribute obscene material on the internet, convicted offenders face fines and up to 5 years in prison.

18 USC § 1466a, obscene visual representations of the sexual abuse of children, make it a federal crime to produce, distribute, or possess with intent to distribute visual depictions of the sexual abuse of children, including drawings, sculptures, paintings, and digital images. This law applies when the offense is committed through interstate or foreign commerce, which includes the mail, computers, or the internet.

18 USC § 2252c, misleading words or digital images on the internet, outlines the criminal offense of embedding misleading words or digital images into the source code of websites to deceive people into viewing obscene or harmful material.

## "The Impact of Pornography on Children" (ref.)

"The availability and use of pornography has become almost ubiquitous among adults and adolescents. Consumption of pornography is associated with many negative emotional, psychological, and physical health outcomes. These include increased rates of depression, anxiety, acting out and violent behavior, younger age of sexual debut,

sexual promiscuity, increased risk of teen pregnancy, and a distorted view of relationships between men and women. For adults, pornography results in an increased likelihood of divorce which is also harmful to children."

"Sexual predators have purposefully exposed young children to pornography for the purpose of grooming the child for sexual exploitation. Pornography exposure at these young ages often results in anxiety for the child. Children also report feelings of disgust, shock, embarrassment, anger, fear, and sadness after viewing pornography. These children can suffer all of the symptoms of anxiety and depression. They may become obsessed with acting out adult sexual acts that they have seen, and this can be very disruptive and disturbing to the child's peers who witness or are victimized by this behavior. Children under twelve years old who have viewed pornography are statistically more likely to sexually assault their peers. In sum, children exposed to pornographic material are at risk for a broad range of maladaptive behaviors and psychopathology."

"There is evidence that society's acceptance of pornography creates unique problems for women. The use of pornography can result in violent and sexually aggressive attitudes toward women. Men who consume pornography are more likely to adopt rape myth ideology, which is that women cause rape or actually enjoy rape or

sexual assault. There is strong evidence that exposure to violent pornography is associated with sexually aggressive behaviors in both adolescents and adult males. It is common for pornographic movies to portray male vs. female verbal and physical aggression as well as sexual acts that are overtly degrading to women. For young people, viewing sexually explicit web sites increased the likelihood of having more than one sexual partner in the last three months and for using alcohol and drugs during sexual activity. The recent phenomenon of teenage sexting (the sending of sexually explicit photos, images, text messages or e-mails using a mobile device) has been linked with pornography exposure. For women, viewing pornography may result in sexual manipulation by a male partner. This is evident by the increased participation in anal sex by women who have viewed pornography despite the data that the majority of women consider anal sex unpleasant. Often the women who participate in pornography are coerced and forced to participate in sexual acts which they object to; so it is possible that the production of pornography can be considered a form of sex trafficking of women as defined by the United Nations Protocol to Prevent, Suppress, and Punish Trafficking in Persons. As pornography becomes more accepted in a society, that society becomes more hypersexualized and this can increase the demand for sex trafficked women and children."

"Children suffer many negative effects due to modern society's exposure to an acceptance of pornography. These negative effects include mental disturbance and unrest for the young school age child, including acting out and violent behavior. Because of its harmfulness to children, pornography must never be used as a tool to teach children human sexuality. For older adolescents and young adults, pornography teaches a false narrative regarding human sexuality and how men and women form healthy sexual relationships. This makes it more difficult for young men and women to form authentic, stable relationships. For parents, pornography is divisive resulting in a decreased quality of marriage and increasing the likelihood of divorce and separation which has been well documented to be harmful to children." (L. David Perry, MD, FCP (2015). The Impact of Pornography on Children. American College of Pediatricians, June 2016, pp1-4, www.ACPeds.org)

## COUNT III
## HACKING/STALKING/CYBER-THREATS

Due to the crimes against him involving his childhood photo Walz began researching the internet, subsequently becoming aware of his rights.

The plaintiff's first impression for the acts against him were a mockery of his faith, his non-profit ideas and his zest for sharing self-improvement reflections, self-expression.

Just days after the 'Meta AI' suggestion, an obscene display of pornography began plastering the plaintiff's daily Facebook page. The number of photos and videos multiplied daily, sexually explicit depictions.

For all the disgusting options allowable to Facebook Walz felt it his right and responsibility to inform his friends and family of acts liable to Meta Platforms CEO, Mark Zuckerberg.

The following morning, a direct result of Walz's attempts to inform would be victims, he awoke to find his phone had been hacked by the defendants.

Evidence will show by date and by phone 'screenshot', these attempts at threatening the plaintiff fall in line with his 'outing' the defendants for their alleged crimes against children.

One such photo displayed the plaintiff's broken hand, the photo taken by phone had initially been sent by text to a sibling.

Stalking is a federal crime under 18 USC § 2261A, know as the interstate stalking statute, adopted in 1996. It becomes a federal offense when a person crosses

state lines, uses the mail or interactive computer services (cyberstalking), to harass, intimidate, or causes substantial emotional distress.

While stalking is illegal in all 50 states, federal law allows prosecution when the perpetrator crosses state boundaries or uses interstate communication mechanisms to harass a victim.

At the same time, hacking violates several federal and state laws, primarily the Computer Fraud and Abuse Act (CFAA), which can lead to both criminal charges and civil lawsuits for damages. Specific violations depend on the hacker's intent and what information was accessed or stolen.

If (Meta) employees were to hack into your phone, it would violate the terms of a 2019 Federal Trade Commission (FTC) settlement. The $5 billion settlement order required the company to implement a comprehensive privacy program specifically including terms related to employee access to user data.

The settlement required Facebook to "implement strict employee-access restrictions to user information". Unauthorized access, let alone "hacking", would be in direct violation of this provision.

Facebook is prohibited from misrepresenting the extent to which it maintains the privacy and security of user information. A hacking incident would fundamentally contradict any claims of strong security.

Meta CEO Mark Zuckerberg is required to submit quarterly certifications of compliance with the order, under threat of individual civil and criminal penalties for false certifications.

## WILLFUL BLINDNESS

It is a compromise of security, the above federal crimes, have not only been allowed but accepted, and not isolated but ongoing.

Following the violations listed in Counts I and II the plaintiff began researching vast amounts of information, electronic evidence, articles relevant to the assaults against him.

'AI Companies Should be Liable for the Illegal Conduct of AI Chatbots' (Mark MacCarthy (2025) AI Companies Should be Liable for the Illegal Conduct of AI Chatbots, Tech Policy Press, topics, techpolicy.press), 'Meta's AI rules have let bots hold 'sensual'

chats with kids...' (Jeff Horwitz/Evelyn Douek (2025) Meta's AI rules have let bots hold 'sensual' chats with kids, offer false medical info. Stanford Law School. News & Media, law.stanford.edu), a 'New Mexico lawsuit accuses Meta of creating [a] 'breeding ground' for child predators.' (Claire Duffy (2023) New Mexico lawsuit accuses Meta of creating 'breeding ground' for child predators. CNN. tech, cnn.com) "Zuckerberg ignored warnings for years about harms to teens on its platforms".

It is the plaintiff's impression these 'chatbots' sought prey upon a "nine- year-old boy", enticing him in, which typically follows is an attempt at 'grooming' for domestic servitude or even sex trafficking.

A display of pornography, 'grooming', began immediately after the image-based sexual abuse of April 2024. The plaintiff was able to document 286 counts of pornographic photos and videos, although for reasons the plaintiff failed to date stamp photos before making hard copies his documented evidence hadn't begun until October 2025.

A computer does only what it is programmed to do, and no matter the crime, as long as it is being 'scrolled' through Facebook Mark Zuckerberg puts money in his

pocket. Unfortunately for the rest of us, his past behaviors have shown a priority for profit over safety.

'Arrest Mark Zuckerberg for Child Endangerment' (Aaron Regunberg (2025) Arrest Mark Zuckerberg for Child Endangerment. The New Republic. Politics, newrepublic.com), 'We're basically pushers' (Tyler Katzenberger (2025) 'We're basically pushers': Court filing alleges staff at social media giants compared their platforms to drugs. Politico. News, politico.com), his own employees felt the immorality in their paid actions. It was the morning after the plaintiff shared these two articles to his Facebook page he found his phone had been hacked. Such articles freely swept under the rug through threats like an everyday occurrence, need to be heard.

The plaintiff discovered there are Facebook users as young as six years of age, a fact Zuckerberg is aware of, 'Documents reveal Facebook targeted children as young as 6 for consumer base' (Ezra Kaplan/Jo Ling Kent (2021) Documents reveal Facebook targeted children as young as 6 for consumer base. NBC NEWS. Tech, nbcnews.com). 'Meta documents show 100,000 children sexually harassed daily on its platforms' (Katie McQue (2024) Meta documents show 100,000 children sexually harassed daily on its platforms. The Guardian. Technology, theguardian.com), this article showed a negligible response from the company.

Other research chosen by the plaintiff, the sharing of a New Mexico lawsuit, was recently settled. Driven by state laws, the suit found user data being compromised with Meta intentionally deceiving users about data privacy.

The court pointed to fake representations by top leadership, including Zuckerberg, as part of a public facing strategy to make data-sharing practices.

The jury held Facebook liable for tens of millions of violations of the state's Unfair Practices Act due to misleading statements regarding privacy controls.

'Facebook Papers reveal company knew it profited from sex trafficking but took limited action to stop it' (Cara Kelly (2021) Facebook Papers reveal company knew it profited from sex trafficking but took limited action to stop it, Wausau Daily Herald, USA Today, www.wausaudailyherald.com)`, the bottom line is Facebook has for years provided platforms for human trafficking. 'Meta had a 17-strike policy for sex trafficking, a former safety leader claims' (Emma Roth (2025) Meta had a 17-strike policy for sex trafficking, a former safety leader claims. The Verge. News, theverge.com).

The plaintiff may have only the stacking of articles to discover secrets, but secrets in the form of electronic evidence.

Due to a childhood photo, Facebook saw Walz as a nine year old up for grabs child, to be groomed and victimized. However relevant, in Count III, Zuckerberg appears to have direct knowledge, and it is at this point the defendants began harassing the plaintiff.

Willful Blindness is a legal principle where a person is held to have knowledge of a fact even if they didn't have actual knowledge, provided they deliberately avoided confirming the fact.

Meta and its CEO Mark Zuckerberg can be held liable for violating safety and privacy policies, with liability stemming from government actions like the FTC fine, ongoing lawsuits from states and attorneys general, and potential future legal liability for Zuckerberg personally. They are being sued for failing to protect minors, deceptive practices, and allowing user data to be exploited, with Zuckerberg named personally in these suits.

The Federal Trade Commission (FTC) settlement: In 2019, Facebook paid a record $5 billion fine and agreed to new privacy restrictions, partly for deceiving users about their data privacy and failing to address apps that violated its policies. A key part of the settlement holds Mark Zuckerberg personally liable for future violations if the company does not comply.

State attorneys general lawsuits: Forty-five states and the District of Columbia have filed lawsuits against Meta, alleging they have deceived the public about the hazards of their platforms and unfairly targeted teenagers. These cases seek to compel Meta to improve protections for minors. Mark Zuckerberg has been named personally in these lawsuits.

## RELIEF REQUESTED

How does one call damages off fortunes made while victimizing others, fortunes ranging from hundreds of billions to trillions, at the risk of "100,000 victims daily".

The plaintiff joined Facebook to keep in touch with a large extended family, it is not uncommon to share such photos, although the results were shocking.

The plaintiff's goals include a non-profit aimed at helping those in need. If this Court finds it morally fitting to include a fine to the defendants, the plaintiff will involve himself in the cares and concerns of the victims of Facebook.

Plaintiff Walz seeks damages in the amount of two hundred fifty million dollars ($250,000,000), if an additional seven hundred fifty million dollars ($750,000,000) be awarded to him, he will distribute it for the sake of child victims.

Respectfully Submitted this 4 day of November 2026,

Plaintiff, pro se

Notary

MICHELLE L VOLZ
NOTARY PUBLIC
STATE OF WISCONSIN

Phillip J Walz
333 7th St S Apt 507
La Crosse WI 54601
608-797-1744
philwalz1973@gmail.com